UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   6/30/2021
```

KELLY KIRKPATRICK,

                Plaintiff,

-against-

CITIBANK, NATIONAL ASSOCIATION, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, and EQUIFAX INFORMATION SERVICES, LLC,

                Defendants.

21-cv-3135 (MKV)

ORDER OF DISMISSAL
AS TO
TRANS UNION, LLC ONLY

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of notice from Plaintiff and Defendant Trans Union, LLC that they have reached a settlement [ECF #15]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued as to Trans Union only, without costs and without prejudice to restoring the action against Trans Union if the application to restore is made by **July 30, 2021**. If no such application is made by that date, today's dismissal of the action against Trans Union is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). Other dates and deadlines in this case no longer apply to Trans Union.

**SO ORDERED.**

**Date:  June 30, 2021**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1