UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/30/2021

KELLY KIRKPATRICK,

          Plaintiff,

-against-

CITIBANK, NATIONAL ASSOCIATION, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, and EQUIFAX INFORMATION SERVICES, LLC,

          Defendants.

21-cv-3135 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the Initial Pretrial Conference that was previously scheduled to take place on July 22, 2021 is ADJOURNED to August 12, 2021 at 10:30 AM. The remaining parties' joint letter and proposed Case Management Plan is due August 5, 2021.

**SO ORDERED.**

**Date: June 30, 2021**
**New York, NY**

          _____
          **MARY KAY VYSKOCIL**
          **United States District Judge**